IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 5:14-CR-58-CAR |
| | : | |
| v. | : | |
| | : | VIOLATION: 21 U.S.C. § 846 i/c/w |
| DAVID SAPP and | : | 21 U.S.C. § 841(a)(1) |
| SAMUEL BARRETT WILLIAMS, | : | 21 U.S.C. § 841(b)(1)(C) |
| aka "BEANO," | : | 21 U.S.C. § 843(b) |
| | : | 18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

## COUNT ONE
## CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE METHAMPHETAMINE

That between January 1, 2010 to on or about March 31, 2012, the exact dates being unknown to the Grand Jury, in the Macon Division of the Middle District of Georgia, the defendants,

**DAVID SAPP and
SAMUEL BARRETT WILLIAMS, aka "BEANO,"**

aided and abetted by each other, and by Shawn Foster Phillips, not indicted herein, and others both known and unknown to the Grand Jury, did unlawfully, knowingly, and intentionally conspire to possess with the intent to distribute a Schedule II controlled substance, to wit: methamphetamine, with the intent to distribute the same, all in violation of Title 21, United States Code, Section 846 i/c/w Title 21, Section 841(a)(1) and Sections 841(b)(1)(C).

## COUNT TWO
## USE OF A COMMUNICATION FACILITY

That on or about December 14, 2011, in the Macon Division of the Middle District of Georgia, the defendant,

**SAMUEL BARRETT WILLIAMS aka "BEANO,"**

aided and abetted by Shawn Foster Phillips, not indicted herein, did knowingly and intentionally use a communication facility, that being a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Section 846, i/c/w Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(C), that being conspiracy to possess with the intent to distribute methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 843(b).

## COUNT THREE
## USE OF A COMMUNICATION FACILITY

That on or about December 15, 2011, in the Macon Division of the Middle District of Georgia, the defendant,

**SAMUEL BARRETT WILLIAMS aka "BEANO,"**

aided and abetted by Shawn Foster Phillips, not indicted herein, did knowingly and intentionally use a communication facility, that being a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Section 846 i/c/w Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(C), that being conspiracy to possess with the intent to

distribute methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 843(b).

## COUNT FOUR
## USE OF A COMMUNICATION FACILITY

That on or about December 16, 2011, in the Macon Division of the Middle District of Georgia, the defendant,

**SAMUEL BARRETT WILLIAMS aka "BEANO,"**

aided and abetted by Shawn Foster Phillips, not indicted herein, did knowingly and intentionally use a communication facility, that being a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Section 846 i/c/w Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(C), that being conspiracy to possess with the intent to distribute methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 843(b).

## COUNT FIVE
## USE OF A COMMUNICATION FACILITY

That on or about December 17 2011, in the Macon Division of the Middle District of Georgia, the defendant,

**SAMUEL BARRETT WILLIAMS aka "BEANO,"**

aided and abetted by Shawn Foster Phillips, not indicted herein, did knowingly and intentionally use a communication facility, that being a telephone, in committing, causing and facilitating the commission of a violation of Title 21,

United States Code, Section 846 i/c/w Title 21, United States Code Sections 841(a)(1) and 841(b)(1)(C), that being conspiracy to possess with the intent to distribute methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 843(b).

## COUNT SIX
## USE OF A COMMUNICATION FACILITY

That on or about September 27, 2011, in the Macon Division of the Middle District of Georgia, the defendant,

**DAVID SAPP,**

aided and abetted by Shawn Foster Phillips, not indicted herein, did knowingly and intentionally use a communication facility, that being a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 846 i/c/w Title 21, United States Code 841(a)(1) and 841(b)(1)(C), that being conspiracy to possess with the intent to distribute methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 843(b).

## COUNT SEVEN
## USE OF A COMMUNICATION FACILITY

That on or about October 2, 2011, in the Macon Division of the Middle District of Georgia, the defendant,

**DAVID SAPP,**

aided and abetted by Shawn Foster Phillips, not indicted herein, did knowingly and intentionally use a communication facility, that being a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Section 846 i/c/w Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), that being conspiracy to possess with the intent to distribute methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHT
## USE OF A COMMUNICATION FACILITY

That on or about December 10, 2011, in the Macon Division of the Middle District of Georgia, the defendant,

### DAVID SAPP,

aided and abetted by Shawn Foster Phillips, not indicted herein, did knowingly and intentionally use a communication facility, that being a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Sections 846 i/c/w Title 21, United States Code 841(a)(1) and 841(b)(1)(C), that being conspiracy to possess with the intent to distribute methamphetamine (~~actual~~), a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 843(b).

## COUNT NINE
## USE OF A COMMUNICATION FACILITY

That on or about December 11, 2011, in the Macon Division of the Middle District of Georgia, the defendant,

**DAVID SAPP,**

aided and abetted by Shawn Foster Phillips, not indicted herein, did knowingly and intentionally use a communication facility, that being a telephone, in committing, causing and facilitating the commission of a violation of Title 21, United States Code, Section 846 i/c/w Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), that being conspiracy to possess with the intent to distribute methamphetamine, a Schedule II controlled substance; all in violation of Title 21, United States Code, Section 843(b).

A TRUE BILL.

s/
FOREPERSON OF THE GRAND JURY

PRESENTED BY:
MICHAEL J. MOORE
UNITED STATES ATTORNEY

CHARLES L. CALHOUN
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this Sept 11th day of A.D. 20 14

Deputy Clerk